**Elizabeth G. Daily, OSB 111758**
**Assistant Federal Public Defender**
**Email: liz_daily@fd.org**
**101 SW Main Street, Suite 1700**
**Portland, OR 97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:22-cr-00102-MO |
| **Plaintiff,** | |
| v. | **DEFENDANT'S SENTENCING MEMORANDUM** |
| **JAVEN JAMES PEDRO,** | |
| **Defendant.** | |

Javen Pedro will appear before this Court on April 30, 2024, for sentencing on one count of distributing a controlled substances to a person under the age of 21, in violation of 21 U.S.C. § 859(a) and 841(a)(1). It is undisputed that Mr. Pedro sold ten fentanyl pills to a 15-year-old young man who later died from an overdose after ingesting those pills. The defendant himself was only 18 years old at the time.

Under the terms of the plea agreement, the government will seek a prison sentence of 108 months. However, based on the guidelines and all relevant sentencing factors under 18 U.S.C. § 3553(a), the defense will ask the Court to impose a sentence of 60 months imprisonment with

six years of supervised release. That sentence is sufficient, but not greater than necessary, to serve the purposes of punishment.

Respectfully submitted this 24th day of April, 2024.

                                        */s/ Elizabeth G. Daily*
                                        Elizabeth G. Daily
                                        Attorney for Defendant